# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **DANIEL REY,** <br><br> Defendant. | PO 21-5004-BLG-TJC <br> Location Code: M6H <br> Violation No. FBDG007M <br><br><br> **ORDER** |

The United States has filed a Motion to Dismiss the outstanding citation in this matter (Docs. 1-1, 4).   For good cause being shown,

IT IS HEREBY ORDERED, that citation in the above-captioned case is DISMISSED and the arrest warrant is QUASHED.

DATED this 13th day of January, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Court Judge

1